No. 443. Seybold et al. *v.* Western Electric Co. et al., *ante,* p. 918. Motion for leave to file brief of Alliance of Independent Telephone Unions, as *amicus curiae,* granted. Petition for rehearing denied. Mr. Justice Harlan took no part in the consideration or decision of these applications.

No. 405, Misc., October Term, 1955. Smereka et al. *v.* Michigan, 350 U. S. 1014. Rehearing denied. Mr. Justice Brennan took no part in the consideration or decision of this application.

No. 393. Bernstein et al. *v.* United States, *ante,* p. 915; and

No. 405. Mekolichick et al. *v.* United States, *ante,* p. 908. Motions for leave to file petitions for rehearing granted. Petitions for rehearing denied.